# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**CHRISTOPHER STEVENS**<br><br><br><br><br>**Defendant** | )<br>)<br>)  Case No.  5:22-MJ-0142 (ML)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of March 21, 2022 in the county of Onondaga in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:
See attached affidavit in support of Criminal Complaint.

☒  Continued on the attached sheet.

*Nelson, Jessica (OIG)*
Digitally signed by Nelson, Jessica (OIG)
Date: 2022.03.28 11:31:05 -04'00'

*Complainant's signature*

Special Agent Jessica Nelson, VA-OIG

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: March 28, 2022

*Miroslav Lovric*

*Judge's signature*

City and State:  Binghamton, New York       Hon. Miroslav Lovric, U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**Affidavit in Support of Criminal Complaint**

I, Jessica Nelson, being duly sworn, depose and state as follows:

1. I am a Special Agent employed by the Department of Veterans Affairs Office of Inspector General. As such, I am an "investigative or law enforcement officer" of the United States empowered by law to conduct investigations and to make arrests. I have been a Special Agent with VA-OIG since 2021 and have been a federal law enforcement officer for over ten years. I am currently assigned to the VA-OIG's office in Buffalo, New York where I investigate criminal violations concerning principally the Department of Veterans Affairs. I have participated in investigations of people violating federal assault laws. I have received training as a Special Agent at the Federal Law Enforcement Training Center.

2. This affidavit is offered in support of a criminal complaint charging Christopher Stevens with violating 18 U.S.C. § 111(a)(1) (assaulting, resisting, or impeding certain officers or employees) (simple assault).

3. The statements in this affidavit are based upon my investigation, information provided to me by other law enforcement officers and on my experience and training as a special agent of the VA-OIG. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included all facts known to me concerning this investigation. I have instead set forth only the facts that I believe are necessary to establish probable cause to believe that Stevens violated 18 U.S.C. § 111(a)(1).

4.  Stevens is a veteran who has appeared at the Emergency Department of the Syracuse Veterans Affairs Medical Center ("VAMC-ED") more than 20 times between February 27, 2022 – March 21, 2022.

5.  In the early morning of March 21, 2022, Stevens presented at the VAMC-ED complaining of a chronic headache and back pain and asked for a medication refill. He was seen approximately 30 minutes after he arrived by B.K., a physician. B.K. assessed Stevens and offered to refill his medications for three days.

6.  At approximately 2:30 a.m., when the visit was ending, Stevens became agitated with B.K. He repeatedly called B.K. a "bitch" and said "I'm going to fucking kill you." Stevens then lunged at B.K. in an aggressive manner. Two Veterans Affairs Police Officers were nearby because of Stevens's prior failure to abide by hospital protocols. They physically restrained Stevens from reaching B.K.

7.  While the Veterans Affairs Police Officers were restraining Stevens, he made additional threats, including in sum and substance that he would kill everyone there and that he knew where they lived and would kill their families. Stevens said further that he would go to prison for the rest of his life and did not care.

8.  The Veterans Affairs Police Officers ultimately escorted Stevens out of the building.

//

//

//

9. Based upon the above information, there is probable cause that Stevens violated 18 U.S.C. § 111(a)(1) (simple assault). I therefore request that a criminal complaint and arrest warrant be issued pursuant to this violation of federal law.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

*Nelson, Jessica (OIG)*
Digitally signed by Nelson, Jessica (OIG)
Date: 2022.03.28 11:20:35 -04'00'

Jessica Nelson
Special Agent
VA-OIG

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on March <u>28th</u>, 2022, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

*Miroslav Lovric*
Miroslav Lovric
U.S. Magistrate Judge